## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 8:23-cv-02385-DOC-DFM | Date | April 30, 2024 |
|---|---|---|---|
| Title | Ameris Bank v. Timber Logging Company LLC, et al. | | |

**Present: The Honorable   DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

| Karlen Dubon | None Present | _____ |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

    The Court, on its own motion, hereby ORDERS plaintiff to appear in Court on **May 3, 2024 at 8:30** AM to show cause why this action should not be dismissed for lack of prosecution. As an alternative to an appearance, the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before May 2, 2024 at 12:00 PM:

X     Plaintiff filing a Motion for Entry of Default Judgment (FRCivP 55b) as to all defendants;
X     Final Notice of Settlement and/or Joint Stipulation to Dismiss as promised by DECLARATION of Jared T. Densen on March 8, 2024 (Dkt. 25);

X     Notice of Voluntary Dismissal (FRCivP 41)

    It is plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond.   If necessary, plaintiffs must also pursue Rule 55 remedies promptly upon the default of any defendant.   All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1.

    Failure to to appear on the date above will result in a Dismissal for Lack of Prosecution.

                                                                                  -     :     -

Initial of Deputy Clerk    kdu